# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOHN B. ALWOOD,

    Defendant.

Criminal Action No. 17-79-UNA

## INFORMATION

The Acting United States Attorney for the District of Delaware charges that:

## DEFINITION

For purposes of this information, the term "child pornography" is defined in Title 18, United States Code, Section 2256(8)(A) and includes any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. Moreover, for purposes of this information, the term "sexually explicit conduct" is defined in Title 18, United States Code, Section 2256(2)(A), and includes, but is not limited to, sexual intercourse and actual or simulated lascivious exhibition of the genitals or pubic area of any person.

## COUNT ONE

Between on or about November 10, 2015, and December 2, 2015, in the State and District of Delaware and elsewhere, the defendant, **JOHN B. ALWOOD**, did knowingly possess and knowingly access with intent to view any computer and any other material that contained images of child pornography that involved prepubescent minors and minors who had not attained 12 years of age, that had been mailed and shipped and transported in interstate and foreign

commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; to wit, **JOHN B. ALWOOD** did use his computer to knowingly access with intent to view streaming video containing visual depictions of prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct, including, but not limited to, sexual intercourse and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and 2256(2)(A) and 8(A).

## NOTICE OF FORFEITURE

Upon conviction for violating Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2), as set forth in Count One of the Information, the defendant, **JOHN B. ALWOOD**, shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are obscene or that are or appear to be of minors engaged in sexually explicit conduct, including visual depictions of prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct, that are produced, transported, shipped, received, or possessed in violation Title 18, United States Code, Chapter 110; any property constituting or derived from any proceeds **JOHN B. ALWOOD** obtained directly or indirectly as a result of the aforementioned violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including the following items seized on or about July 19, 2017:

- HP Pavilion 500-281, SN MXX4411JZP
- Cisco wireless broadband router, SN CSV01JZC9713
- iPhone, SN DNQSQ2XPHG7F
- 16 GB San Disk thumb drive
- Dell desktop computer, model D090, SN D8VST2

All pursuant to Title 18, United States Code, Section 2253.

                DAVID C. WEISS
                Acting United States Attorney

BY: _____
     Graham L. Robinson
     Assistant United States Attorney

DATED: November 13, 2017